FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER EZEKIEL LEE KERR, <br><br> Plaintiff, <br><br> v. <br><br> KATHERINE MOORE and DOC MEDICAL, <br><br> Defendants. | NO: 2:25-CV-00242-RLP <br><br> ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS |

By Order filed August 8, 2025, the Court instructed Plaintiff to submit a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding July 8, 2025, or to pay the $405.00 filing fee to proceed with this action. ECF No. 5 at 3. Plaintiff, an individual incarcerated at the Airway Heights Corrections Center, is proceeding *pro se*. Defendants have not been served in this action.

The Court cautioned Plaintiff that if he failed either to pay the filing fee or to properly seek leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(2), this action would be dismissed. *Id*. Plaintiff neither paid the filing fee nor submitted the necessary documentation by the due date of September 8, 2025.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee under 28 U.S.C. § 1914 or to comply with the *in forma pauperis* requirements of 28 U.S.C. § 1915.

2. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address and **CLOSE** the file.

**DATED** September 10, 2025.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE